MARY E. KELSEY, appellant,

*v.*

SARAH DILKS et al., respondents.

[Argued and affirmed without opinion March 2d, 1910.]

On appeal from a decree in the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 270.*

*Mr. John J. Crandall,* for the appellant.

*Mr. John Boyd Avis,* for the respondents.

· *For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.